| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:03-cr-00018-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00132-CDS-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Frederick Dodd | Southern Iowa | Davenport |
| | NAME OF SENTENCING JUDGE | |
| | Sentencing Judge: Robert W. Pratt, Senior U.S. District Judge<br>Assigned to: Stephanie M. Rose, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/11/2024 — TO 08/10/2028 |

[Stamp: FILED ✓ — MAY 15 2025 — CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA — BY: AMMi DEPUTY]

**OFFENSE**
T.21:846 Conspiracy to Distribute Cocaine and Crack Cocaine
T.21:841(a)(1); (b)(1)(C) Distribution of Crack Cocaine
T.21:841(a)(1); (b)(1)(C) Distribution of Crack Cocaine
T.21:841(a)(1); (b)(1)(C) Distribution of Crack Cocaine
T.21:841(a)(1); (b)(1)(C) Distribution of Crack Cocaine
T.21:841(a)(1); (b)(1)(A) Possession with Intent to Distribute Crack Cocaine
T.21:841(a)(1); (b)(1)(C) Possession with Intent to Distribute Cocaine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Dodd has no intention of returning to the Southern District of Iowa.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/13/2025
*Date*

*/s/ Stephanie M. Rose*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 16, 2025
*Effective Date*

*/s/ Cristina D. Silva*
*Cristina D. Silva, United States District Judge*